**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANDREW FERGUSON,
       Plaintiff,                                   No. CV 11-1001 WPL-CG

v.

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, *et al.*,
       Defendants.

       And


MARK NANTZ,
       Plaintiff,                                   No. CV 11-1002 MV/LAM

v.

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, *et al.*,
       Defendants.

       And


JAMES LASATER,
       Plaintiff,                                   No. CV 11-1032 BRB/WPL

v.

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, *et al.*,
       Defendants.

       And


MARCOS BARAY,
       Plaintiff,                                   No. CV 11-1038 BRB/LAM

v.

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, *et al.*,
       Defendants.

And

ANTHONY GONZALES,                                          No. CV 11-1041 RHS/LFG
          Plaintiff,
v.

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, *et al.*,
          Defendants.

          And

LAWRENCE PARKIN,
          Plaintiff,                                       No. CV 11-1080 WPL/GBW
v.

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, *et al.*,
          Defendants.

          And

DAVID CLARK,
          Plaintiff,                                       No. CV 11-1083 WPL/LAM
v.

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, *et al.*,
          Defendants.

**ORDER GRANTING EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

THIS MATTER, having come before this court upon Plaintiffs' *Second Unopposed*

*Motion for Extension of Time to Respond to Defendants' Motion to Dismiss*, (Doc. 28), and

the Court having reviewed the motion, having reviewed the file and being otherwise fully advised in the premises, FINDS:

The motion is well taken,

NOW THEREFORE, it is hereby ORDERED that Plaintiffs' shall have two (2) additional weeks within which to respond to Defendants' Motion to Dismiss and such response shall be due no later than March 5, 2012.


_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE


Prepared and Submitted by:                          Approved:


_____/s/_____        ____*Electronically Approved* 2/20/12_____
Stephen Karl Kortemeier                             Daniel D. James
Deschamps & Kortemeier Law Offices, P.C.           Carrillo Law Firm, P.C.
POB 389, Socorro, NM 87801-0389                    POB 457, Las Cruces, NM 88004
575-835-2222 / fax: 575-838-2922                   575-647-3200 / fax:  575-647-1463
shiloh.m.p@gmail.com                               daniel@carrillolaw.org
Attorney for Plaintiffs                            Attorney for Defendants