# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANDREW FERGUSON
    Plaintiff,

v.                                               No. CV 11-1001 WPL/CG
                                                  (and consolidated cases)

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, *et al.*
    Defendants.

## STIPULATED ORDER GRANTING DEFENDANTS' UNOPPOSED
## MOTION TO DISQUALIFY OPPOSING COUNSEL

**THIS MATTER** is now before the Court on Defendants' Unopposed Motion to Disqualify Opposing Counsel (Doc. No. 82). Having reviewed the Motion, and Plaintiffs' Notice of Non-opposition (Doc. No. 89), the Court hereby finds that the motion is well-taken and should be **GRANTED**.

Wherefore, it is hereby **ORDERED** as follows:

1. Deschamps & Kortemeier Law Offices, P.C., and Lee Deschamps, individually, and Stephen Karl Kortemeier, individually, are hereby disqualified from representing any Plaintiff in this consolidated cause of action as of the date of entry of this Order;

2. The foregoing identified law firm and lawyers are ordered to segregate from their client files, and their own notes, all information obtained by them from David Estavillo, a named Defendant; and said information obtained by them from David Estavillo shall not be shared with any other counsel or their agents, absent an order of this Court, and in all respects shall be treated as confidential, non-disclosable, non-reproducible information;

3. Plaintiffs' counsel shall file a motion to withdraw indicating the clients' consent and: notice of appointment of a substitute attorney or a statement of the clients' intention to appear *pro se* and the clients' addresses and telephone numbers, pursuant to D.N.M.LR-Civ. 83.8; and

4. Plaintiffs' counsel shall comply with this order and file a motion to withdraw by December 3, 2012.

                                                                                 _____
                                                                                 HONORABLE CARMEN E. GARZA
                                                                                 UNITED STATES DISTRICT JUDGE