IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW FERGUSON,

      Plaintiff,

      v.                            No. 11-cv-1001 WPL/CV
                                           (and consolidated cases)

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, et al.,

      Defendants.

### ORDER GRANTING SECOND EXTENSION OF TIME TO FILE PLAINTIFFS' MOTIONS FOR WITHDRAWAL AS COUNSEL

THIS MATTER, having come before this court upon Plaintiff's Motion [Doc. 98] and the Court having reviewed the motion, having reviewed the file and being otherwise fully advised in the premises, FINDS:

1. It has jurisdiction over the subject matter and the parties.

2. It is in the interests of justice to grant the request for additional time.

3. The Motion is unopposed.

NOW THEREFORE, it is hereby ORDERED that Plaintiff shall have five additional days within which to file the Plaintiffs' Motions for Withdrawal as Counsel for Plaintiffs Marcos Baray, David Clark and Mark Nantz and such motions shall be due no later than December 18, 2012.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE