IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW FERGUSON,

      Plaintiff,

v.                                                                               No. CV 11-1001 WPL/CG
                                                                                                           (and consolidated cases)

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, et al.

      Defendants.

**ORDER TO SHOW CAUSE**

      On November 11, 2012, the Honorable Carmen Garza granted Defendants' motion to disqualify counsel and ordered Plaintiffs' counsel to withdraw no later than December 3, 2012. (Doc. 91.) Plaintiffs' counsel was unable to contact all of his clients, and Judge Garza extended the deadline for his withdrawal three times. (Doc. 93, 99, 102.) Plaintiffs' counsel still has yet to withdraw from three cases: Mark Nantz 11cv1002, Marcos Baray 11cv1038, and David Clark 11cv1083. The deadline to do so was January 7, 2012. (Doc. 102.) Based on Plaintiffs' counsel's earlier representations about his ability to contact his clients, I have doubts as to whether Nantz, Baray, and Clark are serious about litigating their claims. I therefore order Nantz, Baray, and Clark to submit the withdraw of counsel forms **and** show cause why they have failed to respond to the Court's order **within twenty-one days from the entry of this order**. Failure to do both will result in their cases being dismissed without prejudice.

      IT IS SO ORDERED.

                                                                                           William P. Lynch
                                                                                           United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.