IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW FERGUSON,

      Plaintiff,

v.                                                    CV 11-1001 WPL/CEG

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, et al.,

      Defendants.

## ORDER

This matter comes before me on Defendants' Partial Motion for Summary Judgment and Supporting Memorandum Regarding Future Claims For Attorneys' Fees and Costs By Disqualified Plaintiffs' Counsel. (Doc. 100.) Defendants ask me to enter a judgment precluding former Plaintiffs' counsel from seeking attorneys' fees and costs. Since I may not issue advisory opinions, *see United States v. Chavez-Palacios*, 30 F.3d 1290, 1292-93 (10th Cir. 1994), I am barred from ruling on a theoretical scenario in which former Plaintiffs' counsel *might* seek costs and fees. Moreover, six of the eight cases have settled, and former Plaintiffs' counsel have not sought any portion of those settlements. Therefore, I find Defendants' motion moot.

      IT IS SO ORDERED.

                                                                   _____
                                                                   William P. Lynch
                                                                   United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.      1